FILED - USDC -NH
2023 NOV 8 AM 11:01                    Docket No. _____

## UNITED STATES DISTRICT COURT

### @   DISTRICT OF NEW HAMPSHIRE

BRIM BELL - PETITIONER

v.

STATE OF NEW HAMPSHIRE - RESPONDANT

Re: THE SUPREME COURT OF NEW HAMPSHIRE                    Case No. 2019-0047

MOTION: FOR A SIX MONTH EXPANSION OF TIME/TO COMPOSE & FRAME A PETITION
FOR A WRIT OF HABEAS CORPUS WITH THIS HONORABLE COURT/TO THE
SUPREME COURT OF NEW HAMPSHIRE'S OPINION (November 18, 2022).

MOTION: FOR SIX MONTH EXTENSION TO FILE
UNDER: 28 U.S.C. § 2254(b)

Brim Bell (petitioner/pro se)
126 Lowell Street
Manchester, N.H.   03104
Tel. (603) 782-6127

NOW COMES Pro se Petitioner Brim Bell, with a vital and necessary request from this Court. Based on 'Extraordinary Circumstances', additional time is required to file a petition under Federal-Statute: 28 U.S.C. § 2254 (b).

1. The Department of Corrections of New Hampshire, illegally withheld the petitioner's entire casefile & typewriter. That began in the month of September 2022; until February 27, 2023. See: PAR (property inventory form) Date: February 27, 2023

2. The State knowingly disrupted the appeal process of the petitioner, once the appeal became federal. Which caused a major-delay in the proceedings, with The United States Supreme Court. It's a well known fact, that any person detained by the State must have all legal-work in his possession; at all stages of imprisonment. After a delay of five months, the framing of a petition for a 'Writ of Certiorari' under federal-statute: 28 U.S.C. § 1257(a) began. The petition was completed and filed with The U.S. Supreme Court on September 6, 2023 and placed on the docket September 15, 2023 as No. 23-5594. See: Attachment (letter dated: 9-15-23 from office of the clerk).

3. Federal caselaw reveals the importance of filing certiorari with The U.S. Supreme Court, prior to filing with a State's Federal District Court; for a 'Writ of Habeas Corpus'. See: Darr v. Burford, 339 U.S. 200 (1950) Quoting-Darr/HN5: "Where the highest State Court in which a decision could be had considers & adjudicates the merits of a petition for 'Habeas Corpus', state remedies, including 'Appellate Review', are not exhausted so as to permit the filing of a PETITION: FOR HABEAS CORPUS in a Federal District Court, [unless]

1.

the 'Federal-Question' involved is presented to The Supreme Court decision". See: <u>Berrios v. Coyne-Fague</u>, 2019 U.S. Dist. LEXIS 1 (2019) 'WARRANTED EQUITABLE TOLLING' Quoting-Berrios: "before you bring any claims to federal court, be sure that you first have taken each one to state court".

WHEREFORE Pro se Petitioner Brim Bell, prays for the following from this Honorable Court;

A. Grant this application for a six-month expansion of time to properly and effectively frame a PETITION: <u>FOR A WRIT OF HABEAS CORPUS</u> under federal-statute; <u>28 U.S.C. § 2254(b)</u>.

B. Grant a 'Federally Licensed Attorney', to assist the petitioner with his habeas corpus proceedings in this Court.

C. Grant this and any other relief, that this Court deems just and proper.

November 4, 2023

cc:

The Strafford County Attorney's Office
The Attorney General's Office of N.H.
File

Brim Bell (petitioner/pro se)
126 Lowell Street
Manchester, N.H.     03104
Tel. (603) 782-6127

2.

Docket No._____

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

BRIM BELL - PETITIONER

v.

STATE OF NEW HAMPSHIRE - RESPONDANT

## PROOF OF SERVICE

"I, Brim Bell, do swear or declare that on this date: Nov. 10
2023, as required by Supreme Court Rule 29, I have served the en-
closed MOTION: FOR A SIX MONTH EXPANSION OF TIME on each party to the
above proceeding or that party's counsel, and on every other person
required to be served, by depositing an envelope containing the above
documents in The United States Mail properly addressed to each of them
and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calender days".

(1) Thomas P. Velardi (strafford county attorney) of The Strafford
    County Attorney's Office @ 259 County Farm Road  suite #201
    Dover, N.H. 03820  Tel. (603) 749-2808

(2) Weston R. Sager (assistant attorney general) of The New
    Hampshire Attorney General's Office @ 33 Capitol Street
    Concord, N.H. 03301  Tel. (603) 271-3671

"I declare under penalty of perjury, that the foregoing is true &
correct".       Executed on: November 10, 2023 2023.

Signature: _____
                       Brim Bell (pro se)

3.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

September 15, 2023

**Scott S. Harris**
**Clerk of the Court**
**(202) 479-3011**

Mr. Brim Bell
126 Lowell Street
Manchester, NH  03104

Re:  Brim Bell
v. New Hampshire
No. 23-5594

Dear Mr. Bell:

The petition for a writ of certiorari in the above entitled case was filed on September 6, 2023 and placed on the docket September 15, 2023 as No. 23-5594.

A form is enclosed for notifying opposing counsel that the case was docketed.

The petition for a writ of certiorari, sent September 6, 2023, was due February 16, 2023; therefore the petition was filed with a notation as to its untimeliness.

Sincerely,

Scott S. Harris, Clerk

by

Susan Efimpong
Case Analyst

Enclosures

# COMMUNITY CORRECTIONS CENTER
## PAR Property Inventory Form

Inmate Name & ID#: **Bell # 116957**   Location: **CHM**

Inventoried By: **T. Miller**   Date: **2/27/23**

| | CLOTHING | | | | | PERSONAL | | | ELECTRONICS |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Baseball Cap (2) | 3 | Underwear (7) | | | Ace Bandage | | | Alarm Clock (1) |
| | Bathrobe (1) | | Winter Hat (1) | | 1 | Back Pack (1) | | 1 | Book Light (1) |
| 1 | Belt (2) | | | | | Bike | | | Calculator (1) |
| 1 | Boots (1) | | | | 4 | Books | | | CD Player (1) |
| 7 | Button Shirt (10) | | | | | Bracelet | | | Clippers |
| | Due Rag (2) | | | | | Cooler (1) | | | Electric Razor (1) |
| | Gloves | | | | 1 | Cups | | 1 | Fan 10-inch (1) |
| | Helmet | | TOILETRIES | | 1 | Eye Glasses (2) | | | GameBoy |
| 1 | Jackets | | Cologne | | 1 | Glasses Case (2) | | 1 | Headphone Ext |
| 2 | Jeans (7) | | Comb | | 1 | Gym Bag (1) | | 1 | Headphones (1) |
| 7 | Long Sleeve Shirt | 6 | Cotton Swabs | | | Necklace | | | MP3 player (1) |
| 5 | Pants (7) | 1 | Deodorant | | 1 | Net Bag | | 1 | Power Strip |
| | Rain Jacket (1) | 1 | Hair Gel | | | Photo Album (1) | | | Splitter |
| | Rain Pants (1) | | Loofa (1) | | | Playing Cards (1) | | 1 | Stereo/Radio (1) |
| | Scarf (5) | | Lotion | | | Sun Glasses (1) | | | Tablet |
| | Shoes | | Mouth Wash | | | Thermos (1) | | | Tablet Charger |
| 1 | Shorts (5) | 4 | Nail Clippers | | 2 | Towel (5) | | 1 | Televison |
| | Slacks | 12 | Razors | | 6 | Travel Bag (1) | | | Watch (1) |
| 1 | Sneakers (2) | | Shaving Cream | | | Tupper Ware | | 20 | Pens/Pencils |
| 7 | Socks (7) | 1 | Shower Shoes (1) | | | Wallet | | 1 | Typewriter |
| 2 | Suit | | Soap Dish | | N | Personal Papers | | 1 | Hotpot |
| 2 | Sweat Pants (2) | 2 | Soap | | | MISC ITEMS | | 6 | Boxes of |
| | Sweat Shirt (2) | 1 | Tooth Brush | | | | | | Legal Work |
| | Thermal Pants (2) | 1 | Tooth Brush Case | | | | | | |
| 1 | Tie (5) | 1 | Tooth Paste (1) | | | | | | |
| 7 | T-Shirt (7) | | Tweezers | | | | | | |

(under hotpot, auth by Dire Leonard)

Recipient Signature: _____   Date: **Feb. 27, 2023**

Releasing Staff Member: _____

UNITED STATES DISTRICT COURT; (District of New Hampshire)

55 Pleasant Street,

Room # 110

Concord, N.H.

03301-3941

Manchester NH 03103